Simon GONZALEZ SEVILLA;  Maria
Dolores Ramon Sevilla,
Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 04–73388.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 15, 2005.

Before: O'SCANNLAIN, CALLAHAN,
and BEA, Circuit Judges.

MEMORANDUM **

Simon Gonzalez Sevilla and Maria Do-
lores Ramon Sevilla, husband and wife and
natives and citizens of Mexico, petition for
review of the Board of Immigration Ap-
peals' ("BIA") denial of their untimely mo-
tion to reopen deportation proceedings.
Because the transitional rules apply, *see*
*Kalaw v. INS*, 133 F.3d 1147, 1150 (9th
Cir.1997), we have jurisdiction under for-
mer 8 U.S.C. § 1105a(a).  We review for
abuse of discretion, *Socop–Gonzalez v.
INS*, 272 F.3d 1176, 1187 (9th Cir.2001) (en
banc), and we deny the petition for review.

The BIA did not abuse its discretion in
denying petitioners' motion to reopen, be-
cause the record shows that the motion
was not filed within 90 days of the final
administrative decision, *see* 8 C.F.R.
§ 1003.2(c), and petitioners failed to exer-
cise reasonable diligence waiting over a
year to move to reopen after this court
issued a published decision allegedly af-
fecting the outcome of their proceedings,
*see Socop–Gonzalez*, 272 F.3d at 1184–85.

To the extent petitioners contend the
BIA should have found exceptional circum-
stances to grant the motion to reopen un-
der its sua sponte authority, we lack juris-
diction to review the BIA's decision.  *See
Ekimian v. INS*, 303 F.3d 1153, 1159 (9th
Cir.2002).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument.  *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.